

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2018

No. 04-18-00227-CR & 04-18-00230-CR

Michael Casey **FORAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 518258 & 2016CR10025
Honorable Tommy Stolhandske, Judge Presiding

## O R D E R

Pursuant to this court's prior consolidation order, appellant's brief was due July 9, 2018. On the due date, appellant filed a motion for extension of time, asking for an additional thirty days in which to file his brief. After review, we **GRANT** the motion and **ORDER** appellant to file his brief in this court **on or before August 8, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court